James A. Dumas (SBN 76284)
Christian T. Kim (SBN 231017)
*Email: jdumas@dumas-law.com*
*ckim@dumas-law.com*
**DUMAS & KIM, APC**
915 Wilshire Boulevard, Ste. 1775
Los Angeles, CA 90017
Tel:: 213-368-5000
Fax: 213-368-5009

Attorneys for Creditor, Xabier
Alexa Naomi, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

In re:

BYRON STEVE VALENCIA,

Debtor.

Case No.: 1:23-bk-11227-MB

[Chapter 13]

[Honorable Martin R. Barash]

**REPLY TO RESPONSE TO NOTICE OF DEFAULT AND RELIEF FROM STAY; DECLARATION OF JAMES A. DUMAS**

**Date: August 26, 2026**
**Time: 10:00 a.m.**
**Place: United States Bankruptcy Court**
**21041 Burbank Boulevard, Courtroom 303**
**Woodland Hills, CA 91367**

Movant, supported by a Declaration of James A. Dumas, hereby replies to the Debtor's Response to the Notice of Default and Relief From Stay that Movant filed herein, as well as the Opposition to the Relief from Stay motion filed at close to midnight on August 24. Suffice it to say, the Notice of Default and Relief From Stay filed on August 24 was intended solely to inform the Court that the pending motion was moot and no further proceedings will be required because, under the terms of the most recent Stipulation between the parties (Docket No. 320), which was approved by this Court in an order entered July 26 (Docket No. 322) relief from stay had already been granted.

Conceivably, if there was a good faith dispute as to whether the debtor had made the payments required by the Stipulation, further proceedings would be appropriate. However, the Debtor's Response and his Declaration effectively concede that the payments have not been made.

The Stipulation provided that if payments of $20,000 each were not made on July 15 and August 15, "relief from the stay shall be deemed granted without further hearing, and Movant shall be permitted to proceed with foreclosure on the Property and any cross-collateralized lots, without further notice to the Debtor or *further order of the Court.*" (emphasis supplied). This Court approved the Stipulation by its order of June 26. The Response and supporting Declaration do not claim that either payment was made at any time, let alone that each payment was made on or before the respective deadlines. The Stipulation of June 25 was the *third* rescheduling of payments arising out of *two* separate relief from stay motions on an obligation that was all due and payable more than two years ago.

The Opposition now states that independent of the attorneys and pleadings filed in the within matter, the parties agreed to a "brief extension" of one or more of the payment deadlines, with no specification as to when the extended date was. The sole support for this is the debtor's declaration stating that there was a "brief extension" of the payment that was due on July 15. No new payment date is provided and the only written confirmation of this alleged extension is an email from the Debtor to Movant dated July 15 where he states: "You also agreed to give me a little more time to make the payment that is due tomorrow, *as I intend to pay you in full by the agreed upon date.* I just need a little more time to collect the funds." (emphasis supplied). Contrary to the contention in the Opposition, there is nothing attached to the Debtor's declaration where Movant even directly communicates in writing to the Debtor on any subject, let alone agrees to any extension of a payment deadline. (What is attached are fragments of communications of Movant with third parties regarding an inspection of one of his properties.) Clearly related to this discussion of an extension of July 15 payment deadline is an email sent by Debtor's counsel to Movant's counsel on July 14 where he says that the Debtor might be late in making a $10,000 on July 15 and needed "a few more days." Movant's counsel never agreed to this and, in any event, $20,000 was due on July 15, not $10,000 (not to mention the further $20,000 that was due on August 15).

The Notice of Default and that there had been Relief from Stay that was served and filed on August 24 was only provided after on August 20 Movant's counsel had reached out by email to Debtor's counsel one last time to see if the Debtor was going to make payments. Debtor's counsel's August 20 response made no commitments of any kind regarding further payments before or after the August 26 hearing.

The subject Property is not currently the subject of a foreclosure proceeding by Movant, although a senior lien is also in default and foreclosure may already have commenced on this obligation. Movant is entitled to record and intends to record a Notice of Default without further proceedings in this Court.

Movant's counsel has regarded the continued August 26 hearing as a mere holding date that would necessarily not involve further proceedings regarding the within motion which has been definitively resolved by not one, but two Stipulations and attendant Court orders. Movant's lead counsel will be on a plane returning from Europe at the time of the hearing and will not be able to attend. If necessary, his partner will appear at the hearing. However, it is respectfully submitted that no further proceedings are in order in light of the undisputed violations of the terms of the June 25 Stipulation and the undisputed agreement that if the payments are not made, no further notice to the Debtor and no further court order are required.

Dated: August 25, 2026

***DUMAS & KIM, APC***

By: */s/ James A. Dumas* .
James A. Dumas,
Attorneys for Creditor, Xabier Alexa Naomi, LLC.

**DECLARATION OF JAMES A. DUMAS**

I, James A. Dumas, declare that:

1. I am an attorney at law licensed to practice in the State of California and the United States Courts for the Central District of California. I am counsel for Movant herein, Xabier Alexa Naomi, LLC.

2. Attached hereto as **Exhibit A** is an email which Debtor's counsel sent to me on July 14, one day before a deadline for his client to pay my client $20,000. It says that the debtor is ready to pay $10,000, not $20,000 but that he needed a few more days. I heard nothing more from Mr. Oved about this payment and no payment in any amount was made.

3. Attached hereto as **Exhibit B** is an email I sent Mr. Oved on August 20, asking him for an update and stating that "unless you give me a reason to continue to hold off by the close of business tomorrow, we will start a foreclosure.

4. Attached hereto as **Exhibit C** is Mr. Oved's response of August 20.

5. Attached hereto as **Exhibit D** is my response to Mr. Ovid of August 21.

6. I have always regarded the August 26 continued hearing date on my client's relief from stay motion as a holding date in regards to matters that had been definitively resolved by June 25 stipulation and June 26 court order. The only reason that I held off until August 24 to provide the Court notice that the August 26 hearing would be regarding a matter that had become moot was that I wanted to continue to work with the Debtor and his counsel. I will be on a plane returning from Europe at the time of the August 26 hearing and it will be an imposition on my client to have to pay for an attorney to appear. However, if necessary, my partner, Christian Kim, will appear.

I have personal knowledge of the foregoing and, if called as a witness, would be competent to testify thereto.

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 25 day of August, 2026 at London, England.

*/s/ James A. Dumas*
James A. Dumas

# Exhibit “A”

Exhibit “A”

D&K

Danielle Landeros <dlanderos@dumas-law.com>

## Re: 1:23-bk-11227-MB Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option)

**Shai Oved** <ssoesq@aol.com> Mon, Jul 13, 2026 at 4:19 PM
To: James Dumas <jdumas@dumas-law.com>
Cc: eusebi de sasia <exabier@sbcglobal.net>, "dlanderos@dumas-law.com" <dlanderos@dumas-law.com>

Client will be able to pay $10,000 Wednesday but a client payment has not yet arrived and expected by end of week.

Will your client allow my client an informal couple of days to Friday to pay the $10,000?

Very truly yours,
Shai Oved
The Law Offices of Shai Oved
7445 Topanga Cyn. Blvd., Suite 220
Canoga Park, California 91303
Tel: (818) 992-6588
Fax: (818) 992-6511
Email: ssoesq@aol.com
www.shaioved.com

The information contained in this email is intended only for the individual or entity named above and may contain attorney privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you received this communication in error, please immediately notify us by the telephone number above and return any hard copies to us via the postal service.. The Law Offices of Shai Oved is a debt relief agency which helps people file for bankruptcy under the Bankruptcy Code. Shai Oved is a Certified Bankruptcy Law Specialist by The State Bar of California Board of Legal Specialization.

[Quoted text hidden]

# Exhibit “B”

# Exhibit “B”

D&K

**Danielle Landeros <dlanderos@dumas-law.com>**

---

## Re: 1:23-bk-11227-MB Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option)

---

**James Dumas** <jdumas@dumas-law.com> Thu, Aug 20, 2026 at 9:21 AM
To: Shai Oved <ssoesq@aol.com>
Cc: eusebi de sasia <exabier@sbcglobal.net>, "dlanderos@dumas-law.com" <dlanderos@dumas-law.com>

Shai: Where do things stand at this point? According to our stipulated order my client is entitled to commence his own foreclosure without further order of the Court at this point. It has been more than another month and we've heard nothing. Unless you give me a reason to continue to hold off by the close of business tomorrow, we will start a foreclosure.

Jim Dumas
[Quoted text hidden]

# Exhibit "C"


# Exhibit "C"

D&K

Danielle Landeros <dlanderos@dumas-law.com>

## Re: 1:23-bk-11227-MB Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option)

**Shai Oved** <ssoesq@aol.com> Thu, Aug 20, 2026 at 2:45 PM
To: James Dumas <jdumas@dumas-law.com>
Cc: eusebi de sasia <exabier@sbcglobal.net>, dlanderos@dumas-law.com

Hi Jim,

I understand my client is doing some work for your client and will be sending out a confirmation related to some plans/inspection.

I also understand that you will be requested to push out the hearing for an additional 30 days. I will be out of state next week so hopefully we can get this stipulation from you by end of week and get you some signatures once you confirm with your client.

Very truly yours,
Shai Oved
The Law Offices of Shai Oved
7445 Topanga Cyn. Blvd., Suite 220
Canoga Park, California 91303
Tel: (818) 992-6588
Fax: (818) 992-6511
Email: ssoesq@aol.com
www.shaioved.com

The information contained in this email is intended only for the individual or entity named above and may contain attorney privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you received this communication in error, please immediately notify us by the telephone number above and return any hard copies to us via the postal service.. The Law Offices of Shai Oved is a debt relief agency which helps people file for bankruptcy under the Bankruptcy Code. Shai Oved is a Certified Bankruptcy Law Specialist by The State Bar of California Board of Legal Specialization.

Sent from my iPhone

On Aug 20, 2026, at 9:21 AM, James Dumas <jdumas@dumas-law.com> wrote:

[Quoted text hidden]

# Exhibit “D”

Exhibit “D”

D&K

**Danielle Landeros <dlanderos@dumas-law.com>**

# Re: 1:23-bk-11227-MB Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option)

**James Dumas** <jdumas@dumas-law.com> Fri, Aug 21, 2026 at 2:44 AM
To: Shai Oved <ssoesq@aol.com>
Cc: eusebi de sasia <exabier@sbcglobal.net>, dlanderos@dumas-law.com

Shai: My client informs me that you have been misinformed. No work has been done or is planned. Since you are not proposing any further payment and your client is indisputably in violation of the most recent stipulation, we will be commencing the foreclosure pursuant to the Court's order and will so inform the Court.

Jim Dumas
[Quoted text hidden]

| In re: BYRON STEVE VALENCIA Debtor(s). | CHAPTER: 13<br>CASE NUMBER: 2:23-BK-11227-MB |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 915 Wilshire Blvd., Ste. 1775, Los Angeles, CA 90017.

A true and correct copy of the foregoing document entitled (*specify*): ***Reply to Response to Notice of Default and Relief from Stay; Declaration of James A. Dumas*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ***August 25, 2026***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Melody G Anderson mganderson@buchalter.com
Kelli M Brown kelbrown@raslg.com
Paul W Cervenka paul.cervenka@bonialpc.com
Michael F Chekian mike@cheklaw.com, chekianmr84018@notify.bestcase.com
David Coats dacoats@raslg.com
Theron S Covey AttorneyTCovey@gmail.com
Sarah Arlene Dooley-Lewis sdooleylewis@raslg.com
Shannon A Doyle sdoyle@ghidottiberger.com, bknotifications@ghidottiberger.com
James A Dumas jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
Sean C Ferry sferry@raslg.com, sean.ferry7@ecf.courtdrive.com
Mark T Jessee jesseelaw@aol.com, marktjessee@gmail.com
Anna Landa alanda@hrhlaw.com
Natalie E Lea natalie.lea@bonialpc.com
Kirsten Martinez Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
Maureen Okwuosa maureen@oplawgroup.com, 17926@notices.nextchapterbk.com; 17930@notices.nextchapterbk.com; okwuosa.maureenb117761@notify.bestcase.com; phillip@oplawgroup.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ***August 25, 2026***, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Byron Steve Valencia
21027 Bassett St
Canoga Park, CA 91303

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ***August 25, 2026***, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| ***August 25, 2026*** | Danielle M. Landeros | /s/ Danielle M. Landeros |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

| In re: BYRON STEVE VALENCIA<br><br>Debtor(s). | CHAPTER: 13<br><br>CASE NUMBER: 2:23-BK-11227-MB |
|---|---|

Giovanni Orantes go@gobklaw.com, cmh@gobklaw.com, go@ecf.inforuptcy.com; orantesgr89122@notify.bestcase.com, andreac@gobklaw.com, normay@gobklaw.com
Shai S Oved ssoesq@aol.com, Ovedlaw@hotmail.com
Elizabeth (SV) F Rojas (TR) cacb_ecf_sv@ch13wla.com
Ashley Soto ashley.p.soto@wellsfargo.com
Mukta Suri mukta.suri@aisinfo.com
United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
Mary D Vitartas mvitartas@raslg.com, bkecf@padgettlawgroup.com; MVitartas@ecf.courtdrive.com
Samantha White samantha.white@wellsfargo.com